UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMAL GLASS, on his own behalf and on behalf of others similarly situated,

    Plaintiff(s),

vs.

CITY OF ATLANTA, GEORGIA, a municipal corporation,

    Defendant.                    /

CASE NO.: 1:13-CV-01822-RWS

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), by and through the undersigned counsel, agree that the above-styled action of the Plaintiff against Defendant be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Dated this 7th day of November, 2014.

Respectfully submitted by,

| **s/ CARLOS LEACH** <br> Carlos V. Leach, Esq. <br> Pro Hac Vice <br> Florida Bar No.: 0540021 <br> MORGAN & MORGAN, P.A. <br> 20 N. Orange Ave., 14th Floor <br> Orlando, FL 32802-4979 <br> Telephone: (407) 420-1414 <br> Facsimile: (407) 245-3341 <br> cleach@forthepeople.com <br> **s/ JUSTIN MILLER** <br> Justin D. Miller, Esquire <br> Local Counsel <br> Morgan & Morgan, PLLC-ATL <br> P.O. Box 57007 <br> 191 Peachtree Street, NE <br> Suite 4200 <br> Atlanta, GA 30343-1007 <br> Tel.: (404) 965-8811 <br> Fax: (404) 965-8812 <br> Email: jmillerlaw@gmail.com <br> ***Attorneys for Plaintiff(s)*** | **s/ ROBERT N. GODFREY** <br> Robert N. Godfrey, Esquire <br> Chief Counsel <br> Georgia Bar No.: 298550 <br> **s/ KRISTI D. A. MATTHEWS** <br> Kristi D. A. Matthews, Esquire <br> Sr. Counsel <br> Georgia Bar No.: 773365 <br> **s/ Y. SOO JO** <br> Y. Soo Jo, Esquire <br> Assistant City Attorney <br> Georgia Bar No.: 358799 <br> City of Atlanta Law Department <br> 68 Mitchell Street, S.W. <br> Suite 4100 <br> Atlanta, Georgia 30303-3520 <br> Tel.: (404) 330-6996 <br> Tel.: (404) 330-6400 <br> Fax: (404) 494-1667 <br> rgodfrey@atlantaga.gov <br> kmatthews@atlantaga.gov <br> ysjo@atlantaga.gov <br> ***Attorneys for Defendant*** |